## CITY OF SOUTH MIAMI, a Municipal Corporation, v. STATE OF FLORIDA, ex rel., J. TOM WATSON, as Attorney General, JOHN MAHONEY, R. C. COLLINS, RUDNEY MILLER, A. C. SELF, W. D. FULLER, STEPHEN L. TAYLOR and CLAUDE P. NOWLIN.

29 So. (2nd) 874        January Term, 1947
April 3, 1947        Division A
Rehearing Denied April 29, 1947

712

*Ward & Ward,* for plaintiff in error.

*John C. Sullivan,* for defendants in error.

PER CURIAM:

The record and the briefs in this case have been examined. We are not convinced that the court below should be reversed, so his judgment is affirmed.

Affirmed.

THOMAS, C. J., TERRELL and CHAPMAN, JJ., and MILLARD B. SMITH, Associate Justice, concur.